AO 91, Rev. 11/82 (David Joanson Authorizing)  **CRIMINAL COMPLAINT**   C+W # 19-023

| United States District Court | DISTRICT<br>Eastern District of Pennsylvania |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>Curtis Evans | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>19-288-M |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF JUDGE OR MAGISTRATE<br>Honorable Marilyn Heffley | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
|---|---|---|
| DATE OF OFFENSE<br>March 15, 2011 | PLACE OF OFFENSE<br>Bensalem, PA | ADDRESS OF ACCUSED (if known) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about March 15, 2011, in Bensalem, in the Eastern District of Pennsylvania, defendant Curtis Evans, did unlawfully travel in interstate commerce from Bensalem, Pennsylvania, to the Commonwealth of Virginia, to avoid prosecution for manufacture, delivery, possession with intent to deliver a controlled substance, a crime that is a felony under the laws of the Commonwealth of Pennsylvania in violation of Title 18 United States Code, Section 1073.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Thomas Jackson |
|---|---|
| | OFFICIAL TITLE<br>Task Force Officer, Federal Bureau of Investigation |

| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE (1)<br>Honorable Marilyn Heffley, United States Magistrate Judge | DATE<br>2/21/19 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
v.
Curtis Evans

**WARRANT FOR ARREST**

CASE NUMBER: 19-258-M

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Curtis Evans

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation notice   ☐ Probation violation petition

charging him or her with (brief description of offense)

Unlawful Flight to Avoid Prosecution for armed robbery and possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 1073, as more fully set forth in the attached complaint.

In violation of Title 18 United States Code, Section(s) 1073

| | |
|---|---|
| Honorable Marilyn Heffley | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | Philadelphia, PA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Thomas Jackson, Task Force Officer, Federal Bureau of Investigation | |

David Joanson Authorizing.

## AFFIDAVIT

I, Thomas Jackson, do depose and state as follows:

1. I am a Detective with the Bensalem Township Police Department and have been so employed for the past 20 years. I am also deputized as a Special Deputy United States Marshal authorized to investigate violations of Title 18 of the United States Code and am currently assigned to the Federal Bureau of Investigation's Safe Streets Task Force.

2. I am currently assigned to the investigation of Curtis Evans and his unlawful flight from the Commonwealth of Pennsylvania to avoid prosecution. The information contained in this affidavit is based on my personal knowledge and on information provided to me by Confidential Informants, other agents and law enforcement officers involved in this investigation as well as various public and private databases.

3. The investigation into Turner began in January 2011 when Bensalem Special Investigations Officers spoke with a Confidential Informant (hereinafter "CI"), who advised that Curtis Evans sells heroin.

4. On January 17, 2011 the CI contacted Curtis Evans on Evans' cell phone number (610-999-3489) and requested that he sell the CI heroin. Evans stated that he would sell the CI a "rack" of heroin for $1,050.00. Evans advised the CI that the rack would contain ten bundles of heroin with thirteen bags of heroin in each bundle (total of 130 bags of heroin). The CI and Evans agreed to meet in the area of the Parx Casino, located at 2999 Street Road in Bensalem Township to complete the transaction.

5. The CI was issued $1,050.00 of pre-recorded buy money to complete the transaction. The CI was searched prior to the transaction and found void of any contraband or illegal substances. Bensalem Township Police Department Officer Brady drove the CI to the Parx Casino parking lot and dropped him/her off on foot. Officer Brady maintained constant surveillance on the CI. Officer Brady observed the CI walking through the parking lot and meeting with Evans, who was operating a silver Nissan bearing NJ registration V45-AFU. The CI entered the front passenger seat, at which time Evans drove the vehicle to the C parking lot and backed into a parking space. The CI exited the vehicle and was observed approaching the gas tank of the vehicle. The CI pulled an item from the gas tank, which was later determined to be a clear bag containing 130 bags of heroin. Bensalem Township Police Department Officer Hill met with the CI and recovered the heroin. Officer Hill then advised Officer Brady via cell phone that the transaction was complete. Officers followed Evans out of the parking lot and initiated a vehicle stop on Evans' vehicle. Evans was taken into custody without incident.

6. During a post Miranda interview, Evans admitted to selling heroin.

7. On March 15, 2011 the Bensalem Township Police Department obtained an arrest warrant for Curtis Evans, date of birth 3-16-1979 charging him with violations of Title 35 of Pennsylvania Criminal Law, specifically Manufacture, Deliver, Possess with Intent to

Deliver a Controlled Substance. Attached hereto is a copy of the arrest warrant and criminal complaint of the underlying charges.

8. On June 27, 2011 the warrant for Curtis Evans was placed in Fugitive status.

9. On or about August 28, 2017 Evans was arrested by the Virginia State Police and sent to Virginia Southside Regional Jail to await extradition. After approximately three (3) weeks Evans was not picked up and released from custody.

10. On October 2, 2017 Curtis Evans was removed from NCIC, then re-entered into NCIC as wanted.

11. On January 11, 2019 a database check of Curtis Evans found that he is still wanted.

12. On January 2019, the Bucks County Assistant District Attorney responsible for extradition matters confirmed that full extradition was authorized for Evans.

13. Through the investigation and public source records checks, your Affiant believes that Turner has fled the Commonwealth of Pennsylvania and is residing in Virginia. Your Affiant believes that Evans is residing at 933 Kennesaw Drive, Fayetteville, NC 28314, and that his most recent cell phone number appears to be (610) 662-7643.

14. Based upon the above, your Affiant believes that there is probable cause to believe that Curtis Evans is a fugitive who has traveled in instate commerce to avoid prosecution in violation of United States Code, Title 18, Section 1073.

_____
Thomas Jackson
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me
this 21st day of February, 2019.

_____
Honorable Marilyn Heffley
United States Magistrate Judge